UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| United States of America, | ) | Case Number: 13 – 4105 |
| | ) | |
| Plaintiff, | ) | <u>MOTION FOR EXTENSION OF TIME TO</u> |
| | ) | <u>FILE OPENING BRIEF AND JOINT APPENDIX</u> |
| vs. | ) | |
| | ) | |
| Antonio Mosley, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  The Defendant, Antonio Mosley, ("Mosley"), hereby moves the court for a thirty-day (30) extension of time within which to file the opening brief and appendix in this matter and in support hereof, states as follows:

  1. The opening brief and joint appendix are due on June 24, 2013.

  2. Mosley filed numerous pro-se motions and documents in the lower court action, and has provided undersigned counsel with numerous additional briefs and documents.

  3. Based on correspondence with Mosely, counsel was uncertain whether Mosely wanted to proceed pro-se in this Appeal. Accordingly, counsel stopped working on the Appeal until Mosely's true desires were known.

  4. Mosely has recently clarified that he does wish to use the services of undersigned counsel to file his Appeal in this matter.

  5. As counsel has only recently restarted working on the Appeal, additional time is needed to prepare the opening brief and joint appendix in this matter.

  6. This is the second request for an extension of time.

  7. Counsel for the government, Ms. Amy Ray, consents to this request for an extension of time.

  WHEREFORE, counsel for Mosley respectfully requests that the Court grant this motion.

This the 19th day of June, 2013.

 **s/John J. Cacheris**
John J. Cacheris
N.C. Bar No. 20885
Law Office of John J. Cacheris, P. C.
301 S. McDowell Street, Suite 606
Charlotte, NC 28204
Telephone, 704-919-1155
Email: jcacheris@gmail.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing pleading has been served electronically via the Western District of North Carolina's electronic filing system.

    This the 19th day of June, 2013.

**s/John J Cacheris**
John J Cacheris

Served on:

Amy Elizabeth Ray,
Assistant U.S. Attorney
Direct: (828) 271 – 4661
Email: Amy.Ray@usdoj.gov
Office of the United States Attorney
Room 233
United States Courthouse
Asheville, North Carolina