FILED: October 16, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4105

(3:11-cr-00336-MOC-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ANTONIO MOSLEY, a/k/a Abdullah Hamid

        Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

      Response brief due: 11/05/2013

Any reply brief permitted within 10 days from service of response brief.

                        For the Court--By Direction

                        /s/ Patricia S. Connor, Clerk